ACCEPTED
06-15-00152-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/24/2015 11:08:56 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00152-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/24/2015 11:08:56 AM
DEBBIE AUTREY
Clerk

### IN THE COURT OF APPEALS
### SIXTH APPELLATE DISTRICT OF TEXAS
### AT TEXARKANA

### ANGELINE BETH VILLINES

**Appellant**

**v.**

### THE STATE OF TEXAS

**Appellee**

### TRIAL COURT CASE NUMBER 25003

### MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**MICHAEL D. MOSHER**
**State Bar No. 14580100**
**THE MOSHER JUSTICE CENTER**
**50 NORTH MAIN**
**PARIS, TEXAS   75460**
**(903) 785-4721 TELEPHONE**
**(903) 785-5319 FAX**

### ORAL ARGUMENT REQUESTED

Pursuant to Appellate Rule 10.5(b), the Appellant, Angela Villines, files this request for a 45-day extension of time to file Appellant's Brief as follows.

The Appellant's Brief is currently due on November 30, 2015. Appellant requests a 45-day extension to file her brief, which would make the new due date January 14, 2015. This is the first extension requested by Appellant for filing this brief. Appellant requests this additional time to file her brief because counsel has been unable to adequately prepare her brief because her counsel did not receive the court reporter's transcript until November 23, 2015 and due to other obligations, including the following:

1.      Preparation for civil trial on October 26, 2015 through November 5, 2015 in case styled In the Interest of Emma Grace Griffith pending in Cause Number 325-550106-14 in the 325th District Court, Tarrant County, Texas.

2.      Preparation and attendance at Pre-Trial on November 12, 2015 in case styled Richard Finley Vs. Sharron L. Cox and Moss & Cox pending in Cause Number 81657 in the 62nd District Court, Lamar County, Texas.

3.      Preparation and attendance at Pre-Trial on November 13, 2015 in case styled Teresa Musick Vs. Harold Ford pending in Cause Number 81376 in the 6th District Court, Lamar County, Texas.

4.      Preparation and attendance at criminal plea bargain docket on November 16, 2015 in case styled The State of Texas Vs. Jonathan Sims pending in Cause Number 26339 in the 6th District Court, Lamar County, Texas.

5.      Preparation and attendance at criminal plea bargain docket on November 16, 2015 in case styled The State of Texas Vs. Talisha Moore pending in Cause Number 26407 in the 6th District Court, Lamar County, Texas.

6. Preparation and attendance at criminal plea bargain docket on November 16, 2015 in case styled The State of Texas Vs. Cornisha Brown pending in Cause Number 26390 in the 6th District Court, Lamar County, Texas.

7. Preparation and attendance at hearing for Motion for New Trial on November 16, 2015 in case styled Jeanine Lauren Vs. Gary Grass, Et Al pending in Cause Number Cv03290 in the 102nd District Court, Red River County, Texas.

8. Preparation and attendance at hearing for Motion for New Trial on November 16, 2015 in case styled Jeanine Lauren Vs. Gary Grass pending in Cause Number Cv03291 in the 102nd District Court, Red River County, Texas.

9. Preparation and attendance at criminal pre-trial on November 17, 2015 in case styled The State of Texas Vs. Taylor Anderson pending in Cause Number 26263 in the 6th District Court, Lamar County, Texas.

10. Preparation and attendance at criminal pre-trial on November 17, 2015 in case styled The State of Texas Vs. Taylor Anderson pending in Cause Number 26263 & 26264 in the 6th District Court, Lamar County, Texas.

11. Preparation and attendance at criminal pre-trial on November 17, 2015 in case styled The State of Texas Vs. Emily Sharrock pending in Cause Number 26380 in the 6th District Court, Lamar County, Texas.

12. Preparation and attendance at criminal trial on November 17, 2015 in case styled The State of Texas Vs. Stephanie Blalock pending in Cause Number 25815 in the 6th District Court, Lamar County, Texas.

13.     Preparation and attendance at criminal trial on November 17, 2015 in case styled The State of Texas Vs. Clemet Wilburn pending in Cause Number 23348 in the 6th District Court, Lamar County, Texas.

14.     Preparation and attendance at criminal trial on November 20, 2015 in case styled The State of Texas Vs. Sherena Emeyabbi pending in Cause Number 25892 & 25893 in the 6th District Court, Lamar County, Texas.

15.     Preparation and attendance at criminal trial on November 20, 2015 in case styled The State of Texas Vs. Tonya Scott pending in Cause Number 23673 in the 6th District Court, Lamar County, Texas.

16      Preparation and attendance at a deposition on November 24, 2015 in case styled Julie Hecht vs. Harold Been pending in Index No. 22081/2012E in the Supreme Court of the State of New York, County of Bronx.

17.     Appellant's counsel's office was closed for the Thanksgiving holidays November 26, 2015 through November 27, 2015.

18.     Preparation and attendance at hearing for temporary orders on November 30, 2015 in case styled In the Interest of EG and NJG, Children  pending in Cause Number 78307 in the County Court at Law, Lamar County, Texas.

19.     Counsel's attorney, Michael D. Mosher, has a vacation scheduled for Istanbul and will be on vacation from December 3-8, 2015.

20.     Preparation and attendance at a deposition on December 11, 2015 in case styled In the Interest of Clint Wayne Freeman II and Wyhtt Freeman pending in Cause Number CV-02143 in the 6th District Court, Red River County, Texas.

21.     Appellant's counsel's office will be closed for the Christmas holidays December

24, 2015 through December 25, 2015.

This request is not made for purpose of delay, but to permit Appellant sufficient time to prepare his brief.

## PRAYER

The Appellant respectfully requests that the Court grant a 45-day extension of time to file his brief, extending the date to file the brief from November 30, 2015 until January 14, 2016.

> Respectfully submitted,
>
> THE LAW OFFICE OF
> MICHAEL D. MOSHER
>
>
> /s/ Michael D, Mosher
> MICHAEL D. MOSHER
> STATE BAR NO. 14580100
> THE MOSHER JUSTICE CENTER
> 50 NORTH MAIN
> PARIS, TEXAS   75460
> (903) 785-4721 TELEPHONE
> (903) 785-5319 FAX
> E-MAIL: mdm@mosherjusticectr.com

DATE: November 24, 2015

## CERTIFICATE OF SERVICE

On November 24, 2015 a true and correct copy of the foregoing document was delivered to Mr. Gary Young, County Attorney, in accordance with the rules of this court.

> /s/ Michael D. Mosher
> Michael D. Mosher